PEOPLE v. BELL

Appeal from Recorder's Court of Detroit, George W. Crockett, J.   Submitted Division 1 November 6, 1969, at Detroit (Docket No. 6,600.)   Decided November 26, 1969.

Milton Walter Bell was convicted of assault with intent to rob being unarmed.   Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *Thomas P. Smith,* Assistant Prosecuting Attorney, for the people.

*William R. Stackpoole,* for defendant.

Before:   LESINSKI, C. J., and HOLBROOK and QUINN, JJ.

PER CURIAM.   This appeal comes to us from the recorder's court of the city of Detroit where defendant, on August 28, 1968, was convicted of the crime of assault with intent to rob being unarmed.*

Defendant alleges that the evidence produced at trial was insufficient to establish his guilt beyond a reasonable doubt.   A careful review of the briefs

_____
* CL 1948, § 750.88 (Stat Ann 1954 Rev § 28.283).

and records leads us to an opposite conclusion. Defendant, both orally, and in writing, waived his right to a jury trial. As the Michigan Supreme Court stated in *People* v. *Geddes* (1942), 301 Mich 258, 261:

"The credibility of the witness is a matter for the trial judge when sitting without a jury and the finding of guilt by the trial judge in a criminal case will not be disturbed upon appeal unless this Court is satisfied that the guilt of the accused was not established beyond a reasonable doubt. See *People* v. *Sartori,* 168 Mich 308."

See, also, 2 Gillespie, Michigan Criminal Law & Procedure (2d ed), § 630, p 814.

We find that defendant's guilt was established beyond a reasonable doubt.

Affirmed.